```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION


DARCY D. FULLER,                       *

        Plaintiff,                     *

vs.                                    *
                                             CASE NO. 4:09-CV-96 (CDL)
Sheriff JOHN DARR and Deputy           *
CURTIS MERRITT,
                                       *
        Defendants.
                                       *
```

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 22, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 23rd day of February, 2010.


                                        S/Clay D. Land
                                          CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE